# CORPORATE CREATIONS®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Statewide Appeal, Inc.
Autumn King Paralegal
Copilevitz, Lam & Raney, LLC
310 West 20th Street, Suite 300
Kansas City MO 64108

08/30/2021

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2021-1

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| | | |
|---|---|---|
| 1. | **Entity Served:** | Statewide Appeal, Inc. |
| 2. | **Title of Action:** | Roger Fountain vs. Statewide Appeal, Inc. |
| 3. | **Document(s) Served:** | Citation Via Certified Mail (Small claims Case)<br>Amended Small Claims Petition |
| 4. | **Court/Agency:** | Harris County Justice Court |
| 5. | **State Served:** | Georgia |
| 6. | **Case Number:** | 215100181857 |
| 7. | **Case Type:** | Money Damages |
| 8. | **Method of Service:** | Certified Mail |
| 9. | **Date Received:** | Friday 08/27/2021 |
| 10. | **Date to Client:** | Monday 08/30/2021 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 14<br>Friday 09/10/2021    **CAUTION:** Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Harris County Justice Court<br>Houston, TX<br>713-274-8700 |
| 13. | **Shipped To Client By:** | Regular Mail and Email with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 111 |
| 16. | **Notes:** | None. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

Citation - Small Claims Money Damages

Tracking Number:

## Case Number: 215100181857

| | | |
|---|---|---|
| Roger Fountain<br>Plaintiff<br>vs.<br>STATEWIDE APPEAL, INC.<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§ | In the Justice Court<br>Harris County, Texas<br>Precinct 5, Place 1<br>6000 Chimney Rock Road<br>Suite 102<br>Houston, TX 77081<br>713-274-8700<br>www.jp.hctx.net |

### Citation via Certified Mail (Small Claims Case)

THE STATE OF TEXAS
COUNTY OF HARRIS

**TO: ANY SHERIFF, CONSTABLE, PROCESS SERVER CERTIFIED UNDER ORDER OF THE SUPREME COURT, OTHER PERSON AUTHORIZED BY COURT ORDER, OR CLERK:**

Deliver this citation, together with a copy of the petition, to:

STATEWIDE APPEAL, INC. by serving Corporate Creations Network, Inc.
2985 Gordy Pkwy, 1st Floor
Marietta, GA 30066

**ALTERNATIVE SERVICE ADDRESS**
235 W. Hickory Street #202
Denton, TX 76201

**TO THE DEFENDANT:**
You have been sued. You are commanded to appear by filing a written answer to the petition filed by Plaintiff with the Clerk of the Court <u>on or before the end of the 14th day after the date of service</u> of this citation. If you fail to file an answer as required, a judgment by default may be rendered for the relief demanded in the petition.

Date Petition Filed: 06/25/2021

Nature of demand made by Plaintiff(s): money owed in the amount of $20,000.00. A copy of the petition is attached.

### Notice

You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.

Date: 8/19/2021



/s/ Stacy Sustaita
Clerk of the Court
Harris County Justice Court
Precinct 5, Place 1

Address of Plaintiff

8524 HWY 6 N Suite 419
Houston TX 77095

JUKUT

# AMENDED
**Small Claims Petition**

No. 215100181857

FILED
JUDGE ISRAEL B. GARCIA, JR.
PRECINCT 5, PLACE 1
HARRIS COUNTY, TEXAS

2021 JUL 14 PM 2:30
CL

ROGER FOUNTAIN § In the Justice Court of Harris County, Texas
§ Precinct _____ Place _____
**Plaintiff(s)**

vs.

STATEWIDE APPEAL, INC.

**Defendant(s)**

Plaintiff: ROGER FOUNTAIN

Describe the legal nature of the plaintiff (e.g., individual, sole proprietorship, partnership, corporation)
INDIVIDUAL

Defendant: STATEWIDE APPEAL, INC.
Address: 235 W. HICKORY STREET #202
City: DENTON   State: TX   Zip: 76201   Date of Birth (if applicable): N/A

Describe the legal nature of the defendant (e.g., individual, sole proprietorship, partnership, corporation)
CORPORATION

*Defendant may be served by serving CORPORATE CREATIONS NETWORK, INC.
(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company), who may be served at
2985 GORDY PKWY, 1ST FLOOR, MARIETTA, GA 30066
(state the address for service of process).
The defendant's usual place of business or residence, or other place where defendant can probably be found is _____

**Cause of Action**
(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the defendant to prepare a defense. You may include information showing venue is proper in the Justice of the Peace Precinct in which you are filing. If you are seeking personal property, you must describe the property and state the value of the property.)

MULTIPLE VIOLATIONS OF THE TCPA AND PHONE HARASSMENT

**Relief Requested** (Describe the relief you are requesting, itemizing the amount of damages you are seeking.)
$20,000.00 FOR STATUATORY AND PUNITIVE DAMAGES AND EMOTIONAL DISTRESS

Respectfully submitted,

Signature of Plaintiff or Plaintiff's Attorney of Record
Printed Name: ROGER FOUNTAIN
State Bar No. _____
Address: 8546 HWY 6 N #419 HOUSTON, TX 77095
Telephone: 972-890-4059   Fax Number: _____
E-Mail Address: rcfountain@live.com

X Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.

AUG 2 7 2021

Case 4:21-cv-02851   Document 1-2   Filed on 08/31/21 in TXSD   Page 4 of 4

AUG 2 7 2021